# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 31, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130170

PEOPLE OF THE STATE OF MICHIGAN,
 Plaintiff-Appellee,

v

CHRISTOPHER WAYNE JOHNSON,
 Defendant-Appellant.

SC: 130170
COA: 265948
Gratiot CC: 04-004819-FH

_____/

   On order of the Court, the application for leave to appeal the November 16, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

   KELLY, J., would remand this case for resentencing.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 31, 2006

d0524

_____
Clerk